UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

PATRICK LINEHAN,

    Plaintiff,

v.

THE CHEESECAKE FACTORY RESTAURANTS, LLC, a foreign corporation, and GRAND LUX CAFE LLC, a foreign limited liability company,

    Defendants.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, PATRICK LINEHAN ("Linehan"), by and through his undersigned counsel, files this Complaint for Damages and Demand for Jury Trial against Defendants, THE CHEESECAKE FACTORY RESTAURANTS, LLC and GRAND LUX CAFE LLC (collectively, "Defendants"), and alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for damages for violations of the Americans with Disabilities Act of 1990 ("ADA"), the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), and the Family and Medical Leave Act of 1993 ("FMLA").

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Plaintiff is and was, at all relevant times, a resident of Palm Beach County, Florida and is over the age of 18.

4. Defendant, THE CHEESECAKE FACTORY RESTAURANTS, LLC is a foreign

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 2 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **2** of **9**

corporation which conducts business throughout Florida, including Palm Beach County, Florida.

5. Defendant, GRAND LUX CAFE LLC is a foreign limited liability company which conducts business throughout Florida, including Palm Beach County, Florida.

6. At all relevant times, Plaintiff was and continues to be a full-time employee of Defendants in Palm Beach County, Florida.

7. At all relevant times, Defendants employed no less than fifty (50) employees.

8. Defendants are, therefore, an employer as defined by the ADA, ADAAA, and FMLA.

9. Linehan alleges causes of actions for violations of the ADA, ADAAA and FMLA, as a result of the discriminatory and retaliator treatment to which Defendants subjected Linehan.

10. The violations complained of herein occurred in Palm Beach County, Florida and, as such, venue is proper in this Court.

11. Linehan has exhausted his administrative remedies by filing a timely charge of discrimination against Defendants with the U.S. Equal Employment Opportunity Commission ("EEOC") and filing a Charge of Discrimination within the applicable ninety-day deadline.

12. All other conditions precedent have been satisfied.

## GENERAL ALLEGATIONS

13. Defendants are companies which own and operate The Cheesecake Factory and Grand Lux Cafe restaurant chains.

14. Linehan began his employment with Grand Lux Cafe in 2011 and, despite a significant reduction in hours, compensation and responsibilities following his return from FMLA leave, remains employed to date.

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 3 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **3** of **9**

15. During his approximately seven-year tenure (the majority of which he worked as a bartender), Linehan has been an exemplary employee who never received any disciplinary actions.

16. As evidence satisfactory performance, on April 4, 2018, Linehan received the Medallia Award for outstanding guest service.

17. In March 2017, Linehan was diagnosed with stage 4 congestive heart failure—a serious health condition and disability which mandated hospitalization and constant medical supervision.

18. These significant health issues required Linehan to request a leave absence pursuant to the ADA, ADAAA and FMLA. He commenced such leave on March 31, 2017 and remained out of work (in accordance with doctor's orders and with the approval of Defendants) until February 6, 2018.

19. Upon returning from leave on February 6, 2018, Linehan was immediately welcomed with unwarranted harassment, hostility and retaliation—particularly from Rebecca Jones (General Manager) and Lori Lange (Assistant General Manager).

20. Among other things, (i) Linehan was required to participate in several training sessions which, as a long-time employee, was completely unnecessary, (ii) he was assigned shifts as an "expo" and server (rather than a bartender) which resulted in at least a $10 per hour pay cut, (iii) when assigned bartender shifts, such shifts were deemed "training hours" for which he was not entitled to <u>any</u> tips, (iv) he was ultimately demoted to a server and was no longer provided any bartender shifts, (v) his shifts have now been limited to three hours, during many of which he is sent home early, and (vi) he was demoted from full-time to part-time status which

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 4 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **4** of **9**

removed him from eligibility for numerous company benefits, including health insurance.

21. When. Linehan advised the General Manager that the FMLA required Defendants to restore him to the same or equivalent position upon his return, she scoffed at him and demanded to see the "paperwork" which imposed such obligations.

22. Defendants' discriminatory and retaliatory treatment of Linehan continues to date as he has yet to be returned to a position which is the same or equivalent position, and his shifts continue to be prematurely cut by Rebecca Jones.

## COUNT I
## DISABILITY DISCRIMINATION UNDER THE ADA AND ADAAA

23. The allegations set forth in paragraphs 1 through 22, inclusive, of this Complaint are incorporated herein with the same force and effect as if fully rewritten.

24. The ADA and ADAAA prohibit employers from taking adverse employment actions against an employee as a result of his disability.

25. Linehan suffers from a disability which substantially limited one or more major life activities.

26. As set forth above, Linehan was and is a qualified individual who can perform the essential functions of his position with or without reasonable accommodation.

27. Defendants discriminated against Linehan because of his disability and, at the very least, Linehan's disability were motivating factors in adverse employment actions to which Linehan was subjected.

28. Linehan has been damaged as a direct and proximate result of Defendants' intentional and willful violation of the ADA and ADAAA.

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 5 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **5** of **9**

29. Even if Defendants could assert an alleged bases for their adverse and disparate treatment of Linehan, such bases is pretextual and asserted only to hide the discriminatory nature of its conduct.

30. Linehan's damages as a result of Defendants' discriminatory actions include, without limitation, loss of wages (both back and front pay) and compensatory damages (including humiliation, emotional pain, distress, loss of self-esteem, loss of dignity, loss of enjoyment of life, and loss of health insurance and other benefits).

31. Linehan, based upon information and belief, alleges that Defendants' actions were done with malice, and with disregard for his protected rights under the ADA and ADAAA. Defendants condoned and/or ratified the unlawful conduct of its management personnel. Therefore, Linehan is also entitled to punitive damages from Defendants in a sum to be proved at trial.

32. Linehan further seeks his attorneys' fees and costs as permitted by law.

WHEREFORE, Plaintiff, Patrick Linehan requests judgment against Defendants as follows:

a. An award of economic damages including, lost wages, back pay, front pay, damages, and the value and/or economic impact of lost benefits;

b. Compensatory damages;

c. Punitive damages;

d. Prejudgment interest on all monetary recovery obtained;

e. Attorneys' fees and costs; and

f. Any other award this Court deems just and necessary.

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 6 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **6** of **9**

## COUNT II
## RETALIATION UNDER THE ADA AND ADAAA

33. The allegations set forth in paragraphs 1 through 22, inclusive, of this Complaint are incorporated herein with the same force and effect as if fully rewritten.

34. Linehan requested and took a medically necessary leave of absence as a result of his disclosed disability.

35. As a result of such request and taking of leave, Defendants retaliated against Linehan by demoting him, reducing his pay and engaging in other adverse employment actions.

36. These retaliatory actions constitute adverse employment actions under the ADA and ADAAA.

37. Linehan, based upon information and belief, alleges that Defendants' actions were done with malice, and with disregard for his protected rights under the ADA and ADAAA. Defendants condoned and/or ratified the unlawful conduct of its management personnel. Therefore, Linehan is entitled to punitive damages from Defendants in a sum to be proved at trial.

38. Linehan's damages as a result of Defendants' discriminatory actions include, without limitation, loss of wages (both back and front pay) and compensatory damages (including humiliation, emotional pain, distress, loss of self-esteem, loss of dignity, loss of enjoyment of life, and loss of health insurance and other benefits).

39. Linehan, based upon information and belief, alleges that Defendants' actions were done with malice, and with disregard for his protected rights under the ADA and ADAAA. Defendants condoned and/or ratified the unlawful conduct of its management personnel.

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 7 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **7** of **9**

Therefore, Linehan is also entitled to punitive damages from Defendants in a sum to be proved at trial.

40. Linehan further seeks his attorneys' fees and costs as permitted by law.

WHEREFORE, Plaintiff, Patrick Linehan requests judgment against Defendants as follows:

a. An award of economic damages including, lost wages, back pay, front pay, damages, and the value and/or economic impact of lost benefits;

b. Compensatory damages;

c. Punitive damages;

d. Prejudgment interest on all monetary recovery obtained;

e. Attorneys' fees and costs; and

f. Any other award this Court deems just and necessary.

## COUNT III
## RETALIATION UNDER THE FMLA

41. The allegations set forth in paragraphs 1 through 22, inclusive, of this Complaint are incorporated herein with the same force and effect as if fully rewritten.

42. Linehan requested and took a medically necessary leave of absence as a result of his serious health condition.

43. Linehan engaged in protected activity under the FMLA by exercising his FMLA rights.

44. Defendants retaliated against Linehan for engaging in protected activity under the FMLA by demoting him, reducing his pay, and engaging in other adverse employment actions.

45. Defendants' actions were willful and done with malice.

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 8 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **8** of **9**

WHEREFORE, Plaintiff, Patrick Linehan requests judgment against Defendants as follows:

a. An award of economic damages including, lost wages, back pay, front pay, damages, and the value and/or economic impact of lost benefits;

b. Liquidated damages;

c. Reinstatement to a position comparable to Linehan's prior position with back pay (plu interest) and all other benefits;

d. Prejudgment interest on all monetary recovery obtained;

e. Attorneys' fees and costs; and

f. Any other award this Court deems just and necessary.

## JURY TRIAL DEMAND

Linehan demands trial by jury as to all issues so triable.

Dated this 13th day of August, 2018.

        Respectfully Submitted,

        GREENSPOON MARDER, P.A.

        By: */s/*
        ALEJANDRO LEIVA, ESQ.
        (Fla. Bar. No. 118309)
        alejandro.leiva@gmlaw.com
        Greenspoon Marder LLP
        One Boca Place
        2255 Glades Road, Suite 400-E
        Boca Raton, FL 33431
        (561) 994-2212 (telephone)

        *and*

Case 9:18-cv-81079-RLR   Document 1   Entered on FLSD Docket 08/13/2018   Page 9 of 9

*Linehan v. The Cheesecake Factory Inc. et al.*
*Complaint for Damages and Jury Trial Demand*
Page **9** of **9**

LAW OFFICES OF LEVY & LEVY, P.A.

By: */s/ Chad Levy* _____
CHAD E. LEVY, ESQ.
(Fla. Bar. No. 0851701)
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723